

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:       *Stephanie Zoanni v. Lamuel David Hogan*

Appellate case number:    01-17-00394-CV

Trial court case number:   2010-34811

Trial court:                      246th District Court of Harris County

We deny the appellant's motion for en banc reconsideration. In her motion, the appellant requests that we consider on en banc reconsideration a supplemental reporter's record and a supplemental clerk's record, neither of which were requested or filed before this court issued its August 1, 2019 decision; we deny this request as well. *See Worthy v. Collagen Corp.*, 967 S.W.2d 360, 366 (Tex. 1998); *Tex. First Nat'l Bank v. Ng*, 167 S.W.3d 842, 866 (Tex. App.—Houston [14th Dist.] 2005, pet. granted, judgm't vacated w.r.m.); *Chapman v. Mitsui Eng'g & Shipbuilding Co.*, 781 S.W.2d 312, 317–18 (Tex. App.—Houston [1st Dist.] 1989, writ denied).

Justice's signature:   /s/ Gordon Goodman
                                Acting for the Court

En banc court consists of: Chief Justice Radack and Justices Keyes, Lloyd, Goodman, Landau, Hightower and Countiss. Justice Kelly, not sitting.

Date:  January 23, 2020